UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW BEASLEY,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | Case No. 2:24-cv-00368-APG-BNW<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS**<br><br>[ECF Nos. 10, 17] |

      Magistrate Judge Weksler screened Matthew Beasley's complaint and, among other things, recommended "that the loss of consortium claim, brought on behalf of his minor children, be dismissed without leave to amend." ECF No. 10 at 10.  Based on Beasley's objection to that recommendation (ECF No. 13), Judge Weksler amended her recommendation "such that the loss of consortium claim will be dismissed with leave to amend." ECF No. 17 at 2.  Beasley objects to that amended recommendation. ECF No. 21.

      I have conducted a de novo review of Judge Weksler's recommendation as required by Local Rule IB 3-2.  Judge Weksler sets forth the proper legal analyses and factual bases for the decision.  Beasley is suspended from the practice of law in Nevada, and thus cannot serve as a lawyer for his children in this case.  I therefore accept Judge Weksler's recommendation that the loss of consortium claim be dismissed without prejudice and with leave to amend, should the children obtain a lawyer to represent them.

      Beasley also requests that I extend the deadline for him to file an amended complaint because he has been granted expedited discovery to learn the identities of three FBI Special Agents.  That request makes sense, so I will extend Beasley's deadline to February 7, 2025.  The Government's response to the amended complaint will be due 60 days after Beasley files it.  If

Beasley does not file an amended complaint, the Government will file a response to the present complaint by April 10, 2025.

I THEREFORE ORDER that Magistrate Judge Weksler's original and revised Reports and Recommendations **(ECF Nos. 10, 17) are accepted and approved**.

I FURTHER ORDER that the deadline for Beasley to file an amended complaint is February 7, 2025. The Government's response to the amended complaint will be due 60 days after Beasley files it. If Beasley does not file an amended complaint, the Government will file a response to the present complaint by April 10, 2025.

Dated: December 3, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE