UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW BEASLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00368-APG-BNW<br><br>**ORDER GRANTING MOTION FOR CLARIFICATION**<br><br>[ECF No. 36] |

　　　On April 1, 2025, I stayed this case pending resolution of motions to suppress in a related criminal case. ECF No. 35.  Matthew Beasley requests clarification whether that stay applies to his efforts to serve process upon three FBI agents. ECF No. 36.

　　　I HEREBY GRANT Beasley's motion (ECF No. 36) and confirm that the stay applies to service of process on any unserved defendants.  Beasley does not need to serve process on them at this time.

　　　Dated:  June 24, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE