# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MATTHEW BEASLEY,

    Plaintiff

v.

UNITED STATES OF AMERICA, et al.,

    Defendants

Case No.: 2:24-cv-00368-APG-BNW

**Order Lifting Stay and Setting Response Deadline**

In light of the United States' status report (ECF No. 40) and the notice of resumed government activity (ECF No. 41),

I ORDER that the stay in this case is lifted.

I FURTHER ORDER that the defendants' deadline to answer or otherwise respond to the amended complaint (ECF No. 32) is January 9, 2026.

DATED this 9th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE