**Matthew Beasley**
**Nevada Southern Detention Center**
**2190 E. Mesquite Avenue**
**Pahrump, Nevada 89060**
**Pro Se**



FILED _____ RECEIVED
ENTERED _____ SERVED ON
_____ OF RECORD

DEC 29 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **MATTHEW BEASLEY, individually,** ) | **CASE NO.:  2:24-cv-00368-APG-BNW** |
| ) | |
| **Plaintiff,** ) | **MOTON FOR ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE SUMMONS AND FIRST AMENDED COMPLAINT TO THE UNITED STATES MARSHALS SERVICE FOR SERVICE OF PROCESS** |
| **v.** ) | |
| **UNITED STATES OF AMERICA; GRAHM** ) | |
| **CODER, individually;ROBERT SCOTT,** ) | |
| **individually; JAMES MOLLICA, JR.,** ) | |
| **individually; and DOES I-XXX;** ) | |
| ) | |
| **Defendants.** ) | |

COMES NOW Plaintiff Matthew Beasley and submits this *Motion for Order Directing the Clerk of the Court to Issue Summons and First Amended Complaint to the United States Marshals Service* for Service of Process.  This motion is based upon the following memorandum of points and authorities, the pleadings and papers on file herein, and any further argument or evidence the Court may entertain.

DATED this 3ʳᵈ day of December, 2025.

Matthew Beasley
Nevada Southern Detention Center
2190 E. Mesquite Avenue
Pahrump, Nevada 89060

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.
### STATEMENT OF FACTS

On or about August 30, 2024 Magistrate Judge Weksler filed the *Screening Order & Report and Recommendation* (hereinafter referred to as the "R&R") regarding Plaintiff's *Complaint for Damages*. (Dkt. 10)  On or about September 4, 2024 the R&R was mailed to the Plaintiff and received by the Plaintiff at Nevada Southern Detention Center (hereinafter referred to as "NSDC") on or about September 10, 2024.  Pursuant to the R&R Plaintiff was required to do multiple tasks prior to certain deadlines.  Relevant to this motion, the R&R required that Plaintiff must complete USM-285 forms with the the last known addresses for the United States Attorney for the District of Nevada (hereinafter referred to as the "USA") and the Attorney General of the United States of America (hereinafter referred to as the "AG").  Plaintiff timely provided the USM-285 forms  On or about October 1, 2024 the United States Marshals Service (hereinafter referred to as the "Marshals") completed service of process on the United States of America.

On or about January 31, 2025 Plaintiff filed his *First Amended Complaint for Damages*. The purpose of the *First Amended Complaint for Damages* was to name the three (3) previously unknown Federal Bureau of Investigation Special Agents (hereinafter referred to as the "FBI Special Agents"). On or about March 26, 2025 Defendant United States of America filed a motion to stay the proceedings.  Thereafter, on or about  April 1, 2025  this Court granted the motion to stay. (Dkt. 35). Subsequently, Plaintiff submitted three (3) USM-285 forms to the Marshals for service of process of the *First Amended Complaint for Damages* on the named FBI Special Agents.  On or about May 2, 2025 Plaintiff received correspondence from the Marshals directing him to provide "summonses for the defendant with proof of service, court order and summons and complaints."  (See Exhibit "1" attached hereto)  The correspondence also returned the three (3) USM-285 that the Plaintiff had previously

submitted.   On December 9, 2025 this Court issued an order lifting the stay.  (Dkt. 42)

## II.
## LEGAL ANALYSIS

a.    **Plaintiff seeks an order directing the Clerk of the Court to provide
the summonses and copies of the First Amended Complaint to the Marshals so as to
serve the three (3) FBI Special Agents.**

In the R&R Magistrate Judge Weksler kindly directed the Clerk of the Court to "(1) deliver two

copies of the summons and (2) two copies of the *Complaint for Damages* to the U.S. Marshal for

service". (Dkt. 10)  Plaintiff requests that the Court issue essentially the same order regarding the *First*

*Amended Complaint for Damages*.   Plaintiff requests the this Court direct the Clerk of the Court to

provide three (3) summons and three (3) copies of the *First Amended Complaint for Damages* to the

US Marshal for service of process.  As soon as this Court orders such, the Plaintiff will resend the three

(3) USM-285 to the Marshals so as to allow for them to effectuate service on the three (3) FBI Special

Agents.

## III.
## CONCLUSION

BASED UPON THE FOREGOING, Plaintiff requests that this Court to direct the Clerk of the

Court to issue summons and copies of the *First Amended Complaint* for Damages to the Marshals.

DATED this 23ʳᵈ day of December, 2025.

Matthew Beasley
Nevada Southern Detention Center
2190 E. Mesquite Avenue
Pahrump, Nevada 89060