# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Matthew Beasley, | Case No. 2:24-cv-00368-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, et al., | |
| Defendants. | |

Though this Court previously directed the U.S. Marshals Service to serve Defendants United States Attorney for the District of Nevada and Attorney General of the United States, Plaintiff has since amended his complaint. ECF Nos. 10 and 32. In the amended complaint, Plaintiff names the previously unidentified special agent defendants. ECF No. 32. Thus, he seeks an order from this Court directing the U.S. Marshals Service to serve the newly named defendants: Grahm Coder, Robert Scott, and James Mollica, Jr. ECF No. 43.

When a party proceeds *in forma pauperis* the court "shall issue and serve all process." 28 U.S.C. § 1915(d); *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990) ("a party proceeding *in forma pauperis* is entitled to have the summons and complaint served by the U.S. Marshal.").[1] Here, Plaintiff proceeds *in forma pauperis* and is therefore entitled to the Court's aid. *See* ECF

---

[1] Section 1915(d) dovetails with Rule 4, which provides that upon the request of a plaintiff authorized to proceed in forma pauperis, the Court "must" order "that service be made by a United States marshal or deputy or by a person specifically appointed by the court." Fed. R. Civ. P. 4(c)(3).

No. 10. Accordingly, this Court will issue summonses for Defendants Coder, Scott, and Mollica, and direct the U.S. Marshal's Service to attempt service upon them.

**IT IS THEREFORE ORDERED** that Plaintiff's motion requesting service (ECF No. 43) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses for Defendants Grahm Coder, Robert Scott, and James Mollica, Jr.; (2) deliver the summonses, three copies of the operative complaint (ECF No. 32), and a copy of this Order to the U.S. Marshal for service; and (3) mail Plaintiff three blank copies of Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have until February 2, 2026, in which to send the U.S. Marshals Service the required USM-285 forms. On the forms, Plaintiff must fill in Defendants' last-known addresses.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms, the U.S. Marshal shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants Grahm Coder, Robert Scott, and James Mollica, Jr.

DATED: January 9, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE